*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 18-BG-1057

IN RE MICHAEL B. ADELHOCK

**2018 DDN 131**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 431566**

BEFORE: Beckwith, Associate Judge, and Nebeker and Ferren, Senior Judges.

### O R D E R
(FILED – December 20, 2018)

On consideration of the certified order of the Supreme Court of New Jersey that suspended respondent from the practice of law in that jurisdiction for a period of three years or until further order of the court; this court's October 15, 2018, order suspending respondent and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent has failed to file either a response to this court's order to show cause or an affidavit as required by D.C. Bar R. XI, §14 (g), it is

ORDERED that Michael B. Adelhock is hereby suspended from the practice of law in the District of Columbia for a period of three years with reinstatement conditioned on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as he files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**